Lawrence J. Warfield
PO Box 3350
Carefree, AZ 85377

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 3:16-BK-09961-DPC |
| | § | |
| MARK DANIEL STEVENS | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2016. The undersigned trustee was appointed on 08/29/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $8,580.23

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $51.76 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $615.24 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $7,913.23 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was <u>02/15/2017</u> and the deadline for filing government claims was <u>02/15/2017</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,546.50</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,546.50</u>, for a total compensation of <u>$1,546.50</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$148.41</u>, for total expenses of <u>$148.41</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>10/10/2018</u>                        By:     <u>/s/ Lawrence J. Warfield</u>
                                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** 16-09961-PCT DPC | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** STEVENS, MARK DANIEL | **Date Filed (f) or Converted (c):** 08/29/2016 (f) |
| **For the Period Ending:** 10/10/2018 | **§341(a) Meeting Date:** 10/21/2016 |
| | **Claims Bar Date:** 02/15/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Single-family home 17600 E Sportster Ln Dewey AZ 86327 Yavapai Residence: 3 bed 2 bath house | $161,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2002 Chevrolet Silverado 2500 217000 MILES ***LIEN HOLDER*** Wells Fargo Dealer Services Amount owed on vehicle $2,229.00 | $5,600.00 | $0.00 | | $0.00 | FA |
| 3 | 2005 Jeep Wrangler 200000 MILES In possession of co-debtor location of vehicle on property located at 17600 E. Sportster Lane Dewey, AZ 86327 ***LIEN HOLDER*** Wells Fargo Dealer Services Amount owed $5,563.00 | $5,563.00 | $0.00 | | $0.00 | FA |
| 4 | 2003 Harley Davidson In possession of co-debtor location of Night Train on property located at 17600 E. Sportster Lane Dewey, AZ 86327 | $6,710.00 | $3,000.00 | | $3,000.00 | FA |
| **Asset Notes:** | Notice - dkt 66 Report - dkt 68 | | | | | |
| 5 | 2003 Harley Davidson In possession of co-debtor location of Sportser on property located at 17600 E. Sportster Lane Dewey, AZ 86327 | $3,095.00 | $1,000.00 | | $1,000.00 | FA |
| **Asset Notes:** | Motion - dkt 44 Order - dkt 49 Report - dkt 48 | | | | | |
| 6 | 2005 Chevrolet Cavalier 200000 MILES In possession of co-debtor location of vehicle on property located at 17600 E. Sportster Lane Dewey, AZ 86327 | $104.00 | $104.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-09961-PCT DPC | | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | STEVENS, MARK DANIEL | | | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 10/10/2018 | | | §341(a) Meeting Date: | 10/21/2016 |
| | | | | Claims Bar Date: | 02/15/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 7 | 2002 Chevrolet Silverado 1500 168000 MILES In possession of co-debtor location of vehicle on property locateda t 17600 E. Sportster Lane Dewey, AZ 86327 | $1,374.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**      implied exemption for the non filing spouse | | | | | |
| 8 | 1998 Sunny Brooke In possession of co-debtor location of Trailer on property located at 17600 E. Sportser Lane Dewey, AZ 86327 | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 9 | Television and Laptop | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | Miscellaneous Tools | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Account USbank PO Box 1800 Saint Paul, MN 55101-0800 Acct. ending 6666 *joint account* | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Checking Account Wells Fargo Bank 7520 E. State Route 69 Prescott Valley, AZ 86314 Acct ending 8830 ***Acct is open. Debtor has not used this account for approximately 6 months*** | Unknown | $0.00 | | $0.00 | FA |
| 13 | IRA American Funds PO Box 7157 Indianaplois, IN 46207-7157 CB&T Cust Simple IRA Acct ending 2411 | $15,144.78 | $0.00 | | $0.00 | FA |
| 14 | 2016 FEDERAL TAX REFUND                                (u) | $0.00 | $1,811.00 | | $1,811.00 | FA |
| 15 | JUDGMENT AGAINST CHARLENE NEISH             (u) | $0.00 | $2,769.23 | | $2,769.23 | FA |
| | **Asset Notes:**      Adversary 17-ap-00262<br>                          Docket 18 | | | | | |

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $205,590.78 | $13,684.23 | $8,580.23 | $0.00 |

| Case No.: | 16-09961-PCT DPC |
|---|---|
| Case Name: | STEVENS, MARK DANIEL |
| For the Period Ending: | 10/10/2018 |

| Trustee Name: | Lawrence J. Warfield |
|---|---|
| Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| §341(a) Meeting Date: | 10/21/2016 |
| Claims Bar Date: | 02/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Trustee Report of Sale filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[66] Trustee Notice of Sale).(DAKE, TERRY)

Document Number:   68

Judgment on Garnishment signed on 7/27/2018 (related document(s)[41] Motion to Approve) . (Murillo, Sybil)

Case Name:    WARFIELD v. Neish

Case Number:   3:17-ap-00262-DPC

WARNING: CASE CLOSED on 07/31/2017

Document Number:   43

Motion to Approve Judgment On Garnishment filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[40] Notice of Filing). (DAKE, TERRY)

Document Number:   41

Trustee Notice of Sale (Harley) filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD.(DAKE, TERRY)

Document Number:   66

2003 Harley Davidson motorcycle, VIN VIN 1HD1BTY393Y045814

See attached photos

Application for Order to Show Cause filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[25] Order on Motion for Examination). (DAKE, TERRY)

Document Number:   31

ORDER Granting Motion to Approve (Related Doc # [26]) signed on 5/5/2018 . (Murillo, Sybil)

Case Name:    WARFIELD v. Neish

Case Number:   3:17-ap-00262-DPC

WARNING: CASE CLOSED on 07/31/2017

Document Number:   28

ORDER Granting Motion for Examination (Related Doc # [23]) signed on 3/5/2018 . (Murillo, Sybil)

Document Number:   25

| Case No.: | <u>16-09961-PCT DPC</u> | | | Trustee Name: | | <u>Lawrence J. Warfield</u> |
|---|---|---|---|---|---|---|
| Case Name: | <u>STEVENS, MARK DANIEL</u> | | | Date Filed (f) or Converted (c): | | <u>08/29/2016 (f)</u> |
| For the Period Ending: | <u>10/10/2018</u> | | | §341(a) Meeting Date: | | <u>10/21/2016</u> |
| | | | | Claims Bar Date: | | <u>02/15/2017</u> |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Case Name:    WARFIELD v. Neish

Case Number:    3:17-ap-00262-DPC

WARNING: CASE CLOSED on 07/31/2017

Document Number:    23

Docket Text:

Motion for Examination filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[18] Order Granting). (DAKE, TERRY)

ORDER ENTERED -

IT IS ORDERED that the trustee's Motion For Summary Judgment is granted.

IT IS FURTHER ORDERED that the transfer of the 2003 Harley Davidson motorcycle, VIN 1HD4CJM483K443743, to defendant Charlene Renee Neish is avoided pursuant to 11 U.S.C. §547.

IT IS FURTHER ORDERED that defendant Charlene Renee Neish shall turn the Harley over to the trustee pursuant to 11 U.S.C. §550(a)(1).

IT IS FURTHER ORDERED that defendant Charlene Renee Neish shall pay $6,000.00 to the trustee pursuant to 11 U.S.C. §550(a)(1). When the Harley is turned over and sold by the trustee, then the judgment shall be credited for the net sale proceeds less the costs of recovery and sale.

IT IS FURTHER ORDERED that defendant Charlene Renee Neish shall pay costs of $350.00.

IT IS FURTHER ORDERED that the hearing set for August 22, 2017 at 11:00 a.m. is vacated.

IT IS FURTHER ORDERED that the Clerk shall enter this as a final judgment as there remain no other issues for resolution in this adversary proceeding.

ORDER Granting Motion to Approve Compromise/Settlement (Related Doc # [44]) signed on 7/11/2017 . (Taylor, Erika)

Notice of No Objection , Notice of Lodging Proposed Order  filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[44] Motion to Approve Compromise/Settlement).(WARFIELD, LAWRENCE 1)

Document Number: 47

----------------------------------

The new document Stevens - 16-09961 - ORDER RE Motion to Approve Compromise.pdf was uploaded successfully on 7/11/2017 at 10:54 AM

Order type: No Hearing Required

Related document number: 44

Related document description: Motion to Approve Compromise/Settlement

Order ID: 732115

Trustee Report of Sale  filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[44] Motion to Approve Compromise/Settlement).(WARFIELD, LAWRENCE 1)

Document Number: 48

| Case No.: | 16-09961-PCT DPC | | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | | | | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 10/10/2018 | | | | §341(a) Meeting Date: | 10/21/2016 |
| | | | | | Claims Bar Date: | 02/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Motion to Approve Compromise/Settlement filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD. (WARFIELD, LAWRENCE 1)

Document Number: 44

------------------

Chapter 7 Trustee Notice filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[44] Motion to Approve Compromise/Settlement). (WARFIELD, LAWRENCE 1)

Document Number: 45

Minutes of Hearing held on: 05/19/2017

Subject: ORDER TO SHOW CAUSE TO MICHELLE AUTUMN STEVENS AS TO WHY HE SHOULD NOT BE HELD IN CONTEMPT FOR HER FAILURE TO COMPLY WITH THIS COURT'S ORDER ENTERED AT DOCKET #28.

(vCal Hearing ID (1373039)). (related document(s)[36]) Order to Show Cause set for 08/18/2017 at 10:30 AM at U.S. Magistrate Courtroom, 123 N. San Francisco St., Flagstaff, AZ (FLG) (Vaughan, Rhonda)

ORDER to Show Cause signed on 5/2/2017 (related document(s)[34] Application for Order to Show Cause) Order to Show Cause set for 5/19/2017 at 11:00 AM at U.S. Magistrate Courtroom, 123 N. San Francisco St., Flagstaff, AZ (FLG) . (Taylor, Erika)

Motion to Compel filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD. (DAKE, TERRY)

the trustee prays for the entry of an order directing Michelle Autumn Stevens to immediately turn over to the trustee the

2003 Harley Davidson motorcycle, VIN 1HD1BTY393Y0458141

which is in her possession.

Notice of Hearing on Motion To Compel Turnover filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[23] Motion to Compel) Hearing on Motion set for 3/17/2017 at 11:00 AM at U.S. Magistrate Courtroom, 123 N. San Francisco St., Flagstaff, AZ (FLG).(DAKE, TERRY)

REQUEST TO SET CLAIMS BAR DATE FILED - alj

Trustee is administering Assets in Case

| Initial Projected Date Of Final Report (TFR): | 04/05/2019 | Current Projected Date Of Final Report (TFR): | 04/05/2019 | /s/ LAWRENCE J. WARFIELD |
|---|---|---|---|---|
| | | | | LAWRENCE J. WARFIELD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-09961-PCT DPC | |
| **Case Name:** | STEVENS, MARK DANIEL | |
| **Primary Taxpayer ID #:** | **-***3732 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/29/2016 | |
| **For Period Ending:** | 10/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | Lawrence J. Warfield |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******4972 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $82,080,307.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2017 | (5) | Michelle A Stevens | Payment for Motorcycle | 1129-000 | $1,000.00 | | $1,000.00 |
| 06/01/2017 | (14) | United States Treasury | 2016 Fed tax refund | 1224-000 | $1,811.00 | | $2,811.00 |
| 06/14/2017 | 1001 | MARK STEVENS | Return of Debtors Pro Rata | 8500-002 | | $615.24 | $2,195.76 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.96 | $2,191.80 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.85 | $2,187.95 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.53 | $2,184.42 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.41 | $2,181.01 |
| 10/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.51 | $2,177.50 |
| 11/13/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $2,177.50 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $2,811.00 | $2,811.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $2,177.50 | |
| **Subtotal** | $2,811.00 | $633.50 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2,811.00 | $633.50 | |

**For the period of 8/29/2016 to 10/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,811.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,811.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.26 |
| Total Non-Compensable Disbursements: | $615.24 |
| Total Comp/Non Comp Disbursements: | $633.50 |
| Total Internal/Transfer Disbursements: | $2,177.50 |

**For the entire history of the account between 05/30/2017 to 10/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,811.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,811.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $18.26 |
| Total Non-Compensable Disbursements: | $615.24 |
| Total Comp/Non Comp Disbursements: | $633.50 |
| Total Internal/Transfer Disbursements: | $2,177.50 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-09961-PCT DPC | | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | STEVENS, MARK DANIEL | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3732 | | | Checking Acct #: | ******9961 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 8/29/2016 | | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 10/10/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/13/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $2,177.50 | | $2,177.50 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.87 | $2,175.63 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.23 | $2,172.40 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.22 | $2,169.18 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.91 | $2,166.27 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.21 | $2,163.06 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.11 | $2,159.95 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.20 | $2,156.75 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.10 | $2,153.65 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.20 | $2,150.45 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.51 | $2,149.94 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.51) | $2,150.45 |
| 08/07/2018 | (15) | OneAZ Credit Union | Garnishment of Charlene Neish | 1249-000 | $2,188.46 | | $4,338.91 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $75.93 | $4,262.98 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($75.93) | $4,338.91 |
| 09/06/2018 | (4) | Michelle Steven | | 1129-000 | $3,000.00 | | $7,338.91 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.45 | $7,332.46 |
| 09/25/2018 | (15) | Charlene | Payment from Charlene | 1249-000 | $580.77 | | $7,913.23 |

SUBTOTALS        $7,946.73        $33.50

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 16-09961-PCT DPC |
| **Case Name:** | STEVENS, MARK DANIEL |
| **Primary Taxpayer ID #:** | **-***3732 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/29/2016 |
| **For Period Ending:** | 10/10/2018 |

| | |
|---|---|
| **Trustee Name:** | Lawrence J. Warfield |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******9961 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $82,080,307.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $7,946.73 | $33.50 | $7,913.23 |
| | | | **Less: Bank transfers/CDs** | | $2,177.50 | $0.00 | |
| | | | **Subtotal** | | $5,769.23 | $33.50 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,769.23 | $33.50 | |

| **For the period of 8/29/2016 to 10/10/2018** | | **For the entire history of the account between 11/13/2017 to 10/10/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,769.23 | Total Compensable Receipts: | $5,769.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,769.23 | Total Comp/Non Comp Receipts: | $5,769.23 |
| Total Internal/Transfer Receipts: | $2,177.50 | Total Internal/Transfer Receipts: | $2,177.50 |
| | | | |
| Total Compensable Disbursements: | $33.50 | Total Compensable Disbursements: | $33.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33.50 | Total Comp/Non Comp Disbursements: | $33.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 16-09961-PCT DPC | | | Trustee Name: | | Lawrence J. Warfield |
| Case Name: | STEVENS, MARK DANIEL | | | Bank Name: | | Independent Bank |
| Primary Taxpayer ID #: | **-***3732 | | | Checking Acct #: | | ******9961 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | DDA |
| For Period Beginning: | 8/29/2016 | | | Blanket bond (per case limit): | | $82,080,307.00 |
| For Period Ending: | 10/10/2018 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $8,580.23 | $667.00 | $7,913.23 |

**For the period of 8/29/2016 to 10/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $8,580.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,580.23 |
| Total Internal/Transfer Receipts: | $2,177.50 |
| Total Compensable Disbursements: | $51.76 |
| Total Non-Compensable Disbursements: | $615.24 |
| Total Comp/Non Comp Disbursements: | $667.00 |
| Total Internal/Transfer Disbursements: | $2,177.50 |

**For the entire history of the case between 08/29/2016 to 10/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $8,580.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,580.23 |
| Total Internal/Transfer Receipts: | $2,177.50 |
| Total Compensable Disbursements: | $51.76 |
| Total Non-Compensable Disbursements: | $615.24 |
| Total Comp/Non Comp Disbursements: | $667.00 |
| Total Internal/Transfer Disbursements: | $2,177.50 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

<br/>

| Case No. | 16-09961-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | Date: | 10/10/2018 |
| Claims Bar Date: | 02/15/2017 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAWRENCE J. WARFIELD PO Box 3350 Carefree AZ 85377 | 10/10/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,546.50 | $1,546.50 | $0.00 | $0.00 | $0.00 | $1,546.50 |
| | LAWRENCE J. WARFIELD PO Box 3350 Carefree AZ 85377 | 01/29/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $148.41 | $148.41 | $0.00 | $0.00 | $0.00 | $148.41 |
| | CLERK, US BANKRUPTCY COURT District of Arizona 230 North First Avenue, Suite101 Phoenix AZ 85003-1706 | 10/10/2018 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |

Claim Notes:    Adversary Fee

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TERRY A DAKE 20 E Thomas Ste 2200 PHOENIX AZ 85012-3133 | 10/10/2018 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $222.00 | $222.00 | $222.00 | $0.00 | $0.00 | $0.00 | $222.00 |
| | TERRY A DAKE 20 E Thomas Ste 2200 PHOENIX AZ 85012-3133 | 10/10/2018 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $8,190.00 | $8,190.00 | $8,190.00 | $0.00 | $0.00 | $0.00 | $8,190.00 |
| 1 | DISCOVER BANK Discover Products Inc PoB 3025 New Albany OH 43054-3025 | 11/28/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,370.33 | $2,370.33 | $0.00 | $0.00 | $0.00 | $2,370.33 |
| 2 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 12/19/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,324.67 | $2,324.67 | $0.00 | $0.00 | $0.00 | $2,324.67 |

Case No.              16-09961-PCT DPC                                    Trustee Name:    Lawrence J. Warfield
Case Name:        STEVENS, MARK DANIEL                                Date:               10/10/2018
Claims Bar Date:    02/15/2017

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 12/19/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $798.32 | $798.32 | $0.00 | $0.00 | $0.00 | $798.32 |
| 4 | PYOD LLC c/o Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 01/04/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,168.45 | $2,168.45 | $0.00 | $0.00 | $0.00 | $2,168.45 |
| 5 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | 01/05/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $736.75 | $736.75 | $0.00 | $0.00 | $0.00 | $736.75 |
| 6 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | 01/10/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,799.30 | $3,799.30 | $0.00 | $0.00 | $0.00 | $3,799.30 |
| 7 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 01/13/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,324.67 | $2,324.67 | $0.00 | $0.00 | $0.00 | $2,324.67 |
| 8 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 01/13/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $798.32 | $798.32 | $0.00 | $0.00 | $0.00 | $798.32 |
| 9 | CITIBANK, N.A. c/o Quantum3 Group LLC PO Box 280 Kirkland WA 98083-0280 | 01/23/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $725.20 | $725.20 | $0.00 | $0.00 | $0.00 | $725.20 |

Claim Notes:        (9-1) Money Loaned

| Case No. | 16-09961-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | Date: | 10/10/2018 |
| Claims Bar Date: | 02/15/2017 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | WELLS FARGO BANK, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines IA 50306-0438 | 02/06/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,957.79 | $3,957.79 | $0.00 | $0.00 | $0.00 | $3,957.79 |
| 11 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | 02/08/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,634.00 | $6,634.00 | $0.00 | $0.00 | $0.00 | $6,634.00 |
| 12 | SYNCHRONY BANK<br><br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | 02/08/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,663.47 | $2,663.47 | $0.00 | $0.00 | $0.00 | $2,663.47 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 02/15/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,292.55 | $1,292.55 | $0.00 | $0.00 | $0.00 | $1,292.55 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 02/15/2017 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,721.85 | $1,721.85 | $0.00 | $0.00 | $0.00 | $1,721.85 |
| | | | | | | | $42,772.58 | $42,772.58 | $0.00 | $0.00 | $0.00 | $42,772.58 |

| | |
|---|---|
| **Case No.**     16-09961-PCT DPC | **Trustee Name:**     Lawrence J. Warfield |
| **Case Name:**     STEVENS, MARK DANIEL | **Date:**     10/10/2018 |
| **Claims Bar Date:**     02/15/2017 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $222.00 | $222.00 | $0.00 | $0.00 | $0.00 | $222.00 |
| Attorney for Trustee Fees (Other Firm) | $8,190.00 | $8,190.00 | $0.00 | $0.00 | $0.00 | $8,190.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured 726(a)(2) | $32,315.67 | $32,315.67 | $0.00 | $0.00 | $0.00 | $32,315.67 |
| Trustee Compensation | $1,546.50 | $1,546.50 | $0.00 | $0.00 | $0.00 | $1,546.50 |
| Trustee Expenses | $148.41 | $148.41 | $0.00 | $0.00 | $0.00 | $148.41 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      3:16-BK-09961-DPC
Case Name:     MARK DANIEL STEVENS
Trustee Name:  Lawrence J. Warfield

Balance on hand: _____ $7,913.23

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $7,913.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Lawrence J. Warfield, Trustee Fees | $1,546.50 | $0.00 | $1,546.50 |
| Lawrence J. Warfield, Trustee Expenses | $148.41 | $0.00 | $148.41 |
| TERRY A DAKE, Attorney for Trustee Fees | $8,190.00 | $0.00 | $5,646.32 |
| TERRY A DAKE, Attorney for Trustee Expenses | $222.00 | $0.00 | $222.00 |
| CLERK, US BANKRUPTCY COURT , Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses: _____ $7,913.23
Remaining balance: _____ $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  | Total to be paid to priority claims: | $0.00 |
|--|--|--|--|
|  |  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,315.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|--|--|--|--|--|
| 1 | Discover Bank | $2,370.33 | $0.00 | $0.00 |
| 2 | Capital One Bank (USA), N.A. | $2,324.67 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $798.32 | $0.00 | $0.00 |
| 4 | PYOD LLC | $2,168.45 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, N.A. | $736.75 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $3,799.30 | $0.00 | $0.00 |
| 7 | Capital One Bank (USA), N.A. | $2,324.67 | $0.00 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | $798.32 | $0.00 | $0.00 |
| 9 | Citibank, N.A. | $725.20 | $0.00 | $0.00 |
| 10 | Wells Fargo Bank, N.A. | $3,957.79 | $0.00 | $0.00 |
| 11 | Synchrony Bank | $6,634.00 | $0.00 | $0.00 |
| 12 | Synchrony Bank | $2,663.47 | $0.00 | $0.00 |
| 13 | Portfolio Recovery Associates, LLC | $1,292.55 | $0.00 | $0.00 |
| 14 | Portfolio Recovery Associates, LLC | $1,721.85 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|--|--|--|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|--|--|--|

Remaining balance: $0.00

        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00