UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 3:16-BK-09961-DPC
§
MARK DANIEL STEVENS §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Lawrence J. Warfield, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $21,667.00 | Assets Exempt: | $198,300.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $71,664.67 |
| Total Expenses of Administration: | $7,964.99 | | |

  3) Total gross receipts of $8,580.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $615.24 (see **Exhibit 2**), yielded net receipts of $7,964.99 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $156,635.87 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,508.67 | $10,508.67 | $7,964.99 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $39,349.00 | $32,315.67 | $32,315.67 | $0.00 |
| **Total Disbursements** | $195,984.87 | $42,824.34 | $42,824.34 | $7,964.99 |

4). This case was originally filed under chapter 7 on 08/29/2016. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2019     By:  /s/ Lawrence J. Warfield
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2003 Harley Davidson In possession of co-debtor location of Night Train on property located at 17600 E. Sportster Lane D | 1129-000 | $3,000.00 |
| 2003 Harley Davidson In possession of co-debtor location of Sportser on property located at 17600 E. Sportster Lane Dewe | 1129-000 | $1,000.00 |
| 2016 FEDERAL TAX REFUND | 1224-000 | $1,811.00 |
| JUDGMENT AGAINST CHARLENE NEISH | 1249-000 | $2,769.23 |
| **TOTAL GROSS RECEIPTS** | | **$8,580.23** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| MARK STEVENS | Funds to Third Parties | 8500-002 | $615.24 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$615.24** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LLC | 4110-000 | $146,614.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 4110-000 | $2,229.87 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Dealer Services | 4110-000 | $5,563.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Dealer Services | 4110-000 | $2,229.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$156,635.87** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence J. Warfield, Trustee | 2100-000 | NA | $1,546.50 | $1,546.50 | $1,546.50 |
| Lawrence J. Warfield, Trustee | 2200-000 | NA | $148.41 | $148.41 | $148.41 |
| Bank of Texas | 2600-000 | NA | $18.26 | $18.26 | $18.26 |
| Independent Bank | 2600-000 | NA | $6.45 | $6.45 | $6.45 |

| | | | | | |
|---|---|---|---|---|---|
| Integrity Bank | 2600-000 | NA | $27.05 | $27.05 | $27.05 |
| CLERK, US BANKRUPTCY COURT | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| TERRY A DAKE, Attorney for Trustee | 3210-000 | NA | $8,190.00 | $8,190.00 | $5,646.32 |
| TERRY A DAKE, Attorney for Trustee | 3220-000 | NA | $222.00 | $222.00 | $222.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,508.67 | $10,508.67 | $7,964.99 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $2,370.33 | $2,370.33 | $0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,324.67 | $2,324.67 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $798.32 | $798.32 | $0.00 |
| 4 | PYOD LLC | 7100-000 | $0.00 | $2,168.45 | $2,168.45 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 7100-000 | $0.00 | $736.75 | $736.75 | $0.00 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $0.00 | $3,799.30 | $3,799.30 | $0.00 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,324.67 | $2,324.67 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $798.32 | $798.32 | $0.00 |
| 9 | Citibank, N.A. | 7100-000 | $0.00 | $725.20 | $725.20 | $0.00 |
| 10 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $3,957.79 | $3,957.79 | $0.00 |
| 11 | Synchrony Bank | 7100-000 | $0.00 | $6,634.00 | $6,634.00 | $0.00 |
| 12 | Synchrony Bank | 7100-000 | $0.00 | $2,663.47 | $2,663.47 | $0.00 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $1,292.55 | $1,292.55 | $0.00 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $1,721.85 | $1,721.85 | $0.00 |

| Creditor | Code | Claimed | Allowed | | Paid |
|---|---|---:|---:|---:|---:|
| American Express | 7100-000 | $3,711.00 | $0.00 | $0.00 | $0.00 |
| Bank of America | 7100-000 | $5,560.00 | $0.00 | $0.00 | $0.00 |
| Capital One | 7100-000 | $2,289.00 | $0.00 | $0.00 | $0.00 |
| Capital One | 7100-000 | $784.00 | $0.00 | $0.00 | $0.00 |
| Chase Card Services | 7100-000 | $1,915.00 | $0.00 | $0.00 | $0.00 |
| Citibank/Best Buy | 7100-000 | $2,089.00 | $0.00 | $0.00 | $0.00 |
| Citibank/Sears | 7100-000 | $720.00 | $0.00 | $0.00 | $0.00 |
| Citibank/The Home Depot | 7100-000 | $675.00 | $0.00 | $0.00 | $0.00 |
| Discover Financial | 7100-000 | $2,289.00 | $0.00 | $0.00 | $0.00 |
| Kohl's/Capital One | 7100-000 | $757.00 | $0.00 | $0.00 | $0.00 |
| Michelle Stevens | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Snap On Credit | 7100-000 | $2,759.00 | $0.00 | $0.00 | $0.00 |
| Sychrony Bank/Care Credit | 7100-000 | $6,448.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/HH Gregg | 7100-000 | $2,575.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/JCPenneys | 7100-000 | $1,228.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/Walmart | 7100-000 | $1,688.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Bank Card | 7100-000 | $3,862.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $39,349.00 | $32,315.67 | $32,315.67 | $0.00 |

| Case No.: | 16-09961-PCT DPC | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | | | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 4/1/2019 | | | §341(a) Meeting Date: | 10/21/2016 |
| | | | | Claims Bar Date: | 02/15/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single-family home 17600 E Sportster Ln Dewey AZ 86327 Yavapai Residence: 3 bed 2 bath house | $161,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2002 Chevrolet Silverado 2500 217000 MILES ***LIEN HOLDER*** Wells Fargo Dealer Services Amount owed on vehicle $2,229.00 | $5,600.00 | $0.00 | | $0.00 | FA |
| 3 | 2005 Jeep Wrangler 200000 MILES In possession of co-debtor location of vehicle on property located at 17600 E. Sportster Lane Dewey, AZ 86327 ***LIEN HOLDER*** Wells Fargo Dealer Services Amount owed $5,563.00 | $5,563.00 | $0.00 | | $0.00 | FA |
| 4 | 2003 Harley Davidson In possession of co-debtor location of Night Train on property located at 17600 E. Sportster Lane Dewey, AZ 86327 | $6,710.00 | $3,000.00 | | $3,000.00 | FA |
| Asset Notes: | Notice - dkt 66  Report - dkt 68 | | | | | |
| 5 | 2003 Harley Davidson In possession of co-debtor location of Sportser on property located at 17600 E. Sportster Lane Dewey, AZ 86327 | $3,095.00 | $1,000.00 | | $1,000.00 | FA |
| Asset Notes: | Motion - dkt 44  Order - dkt 49  Report - dkt 48 | | | | | |
| 6 | 2005 Chevrolet Cavalier 200000 MILES In possession of co-debtor location of vehicle on property located at 17600 E. Sportster Lane Dewey, AZ 86327 | $104.00 | $104.00 | | $0.00 | FA |

| Case No.: | 16-09961-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 4/1/2019 | §341(a) Meeting Date: | 10/21/2016 |
| | | Claims Bar Date: | 02/15/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | 2002 Chevrolet Silverado 1500 168000 MILES In possession of co-debtor location of vehicle on property locateda t 17600 E. Sportster Lane Dewey, AZ 86327 | $1,374.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: implied exemption for the non filing spouse | | | | | |
| 8 | 1998 Sunny Brooke In possession of co-debtor location of Trailer on property located at 17600 E. Sportser Lane Dewey, AZ 86327 | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 9 | Television and Laptop | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | Miscellaneous Tools | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Account USbank PO Box 1800 Saint Paul, MN 55101-0800 Acct. ending 6666 *joint account* | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Checking Account Wells Fargo Bank 7520 E. State Route 69 Prescott Valley, AZ 86314 Acct ending 8830 ***Acct is open. Debtor has not used this account for approximately 6 months*** | Unknown | $0.00 | | $0.00 | FA |
| 13 | IRA American Funds PO Box 7157 Indianaplois, IN 46207-7157 CB&T Cust Simple IRA Acct ending 2411 | $15,144.78 | $0.00 | | $0.00 | FA |
| 14 | 2016 FEDERAL TAX REFUND (u) | $0.00 | $1,811.00 | | $1,811.00 | FA |
| 15 | JUDGMENT AGAINST CHARLENE NEISH (u) | $0.00 | $2,769.23 | | $2,769.23 | FA |
| | Asset Notes: Adversary 17-ap-00262 Docket 18 | | | | | |
| **TOTALS** (Excluding unknown value) | | $205,590.78 | $13,684.23 | | $8,580.23 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case Closing:**
03/20/2019    Trustee deposit lost - Comp/exp checks reissued.

| Case No.: | 16-09961-PCT DPC | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | | | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 4/1/2019 | | | §341(a) Meeting Date: | 10/21/2016 |
| | | | | Claims Bar Date: | 02/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 09/25/2018 | Ready for TFR |
| 09/09/2018 | Trustee Report of Sale filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[66] Trustee Notice of Sale).(DAKE, TERRY) |
| | Document Number: 68 |
| 07/30/2018 | Judgment on Garnishment signed on 7/27/2018 (related document(s)[41] Motion to Approve) . (Murillo, Sybil) |
| | Case Name:    WARFIELD v. Neish |
| | Case Number:  3:17-ap-00262-DPC |
| | |
| | WARNING: CASE CLOSED on 07/31/2017 |
| | Document Number: 43 |
| 07/27/2018 | Motion to Approve Judgment On Garnishment filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[40] Notice of Filing). (DAKE, TERRY) |
| | Document Number: 41 |
| 07/22/2018 | Trustee Notice of Sale (Harley) filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD.(DAKE, TERRY) |
| | Document Number: 66 |
| | |
| | 2003 Harley Davidson motorcycle, VIN VIN 1HD1BTY393Y045814 |
| | See attached photos |
| 06/11/2018 | Application for Order to Show Cause filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[25] Order on Motion for Examination). (DAKE, TERRY) |
| | Document Number: 31 |
| 05/07/2018 | ORDER Granting Motion to Approve (Related Doc # [26]) signed on 5/5/2018 . (Murillo, Sybil) |
| | Case Name:    WARFIELD v. Neish |
| | Case Number:  3:17-ap-00262-DPC |
| | |
| | WARNING: CASE CLOSED on 07/31/2017 |
| | Document Number: 28 |
| 03/05/2018 | ORDER Granting Motion for Examination (Related Doc # [23]) signed on 3/5/2018 . (Murillo, Sybil) |
| | Document Number: 25 |

| Case No.: | 16-09961-PCT DPC | Trustee Name: | Lawrence J. Warfield |
| Case Name: | STEVENS, MARK DANIEL | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 4/1/2019 | §341(a) Meeting Date: | 10/21/2016 |
| | | Claims Bar Date: | 02/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/04/2018  Case Name: WARFIELD v. Neish
Case Number: 3:17-ap-00262-DPC

WARNING: CASE CLOSED on 07/31/2017
Document Number: 23

Docket Text:
Motion for Examination filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[18] Order Granting). (DAKE, TERRY)

07/31/2017  ORDER ENTERED -

IT IS ORDERED that the trustee's Motion For Summary Judgment is granted.
IT IS FURTHER ORDERED that the transfer of the 2003 Harley Davidson motorcycle, VIN 1HD4CJM483K443743, to defendant Charlene Renee Neish is avoided pursuant to 11 U.S.C. §547.
IT IS FURTHER ORDERED that defendant Charlene Renee Neish shall turn the Harley over to the trustee pursuant to 11 U.S.C. §550(a)(1).
IT IS FURTHER ORDERED that defendant Charlene Renee Neish shall pay $6,000.00 to the trustee pursuant to 11 U.S.C. §550(a)(1). When the Harley is turned over and sold by the trustee, then the judgment shall be credited for the net sale proceeds less the costs of recovery and sale.
IT IS FURTHER ORDERED that defendant Charlene Renee Neish shall pay costs of $350.00.
IT IS FURTHER ORDERED that the hearing set for August 22, 2017 at 11:00 a.m. is vacated.
IT IS FURTHER ORDERED that the Clerk shall enter this as a final judgment as there remain no other issues for resolution in this adversary proceeding.

07/12/2017  ORDER Granting Motion to Approve Compromise/Settlement (Related Doc # [44]) signed on 7/11/2017 . (Taylor, Erika)

07/11/2017  Notice of No Objection , Notice of Lodging Proposed Order filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[44] Motion to Approve Compromise/Settlement).(WARFIELD, LAWRENCE 1)
Document Number: 47
--------------------------------
The new document Stevens - 16-09961 - ORDER RE Motion to Approve Compromise.pdf was uploaded successfully on 7/11/2017 at 10:54 AM
Order type: No Hearing Required
Related document number: 44
Related document description: Motion to Approve Compromise/Settlement
Order ID: 732115

07/11/2017  Trustee Report of Sale filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[44] Motion to Approve Compromise/Settlement). (WARFIELD, LAWRENCE 1)
Document Number: 48

| Case No.: | 16-09961-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 4/1/2019 | §341(a) Meeting Date: | 10/21/2016 |
| | | Claims Bar Date: | 02/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 06/12/2017 | Motion to Approve Compromise/Settlement filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD. (WARFIELD, LAWRENCE 1) |
| | Document Number: 44 |
| | ----------------- |
| | Chapter 7 Trustee Notice filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[44] Motion to Approve Compromise/Settlement). (WARFIELD, LAWRENCE 1) |
| | Document Number: 45 |
| 05/22/2017 | Minutes of Hearing held on: 05/19/2017 |
| | Subject: ORDER TO SHOW CAUSE TO MICHELLE AUTUMN STEVENS AS TO WHY HE SHOULD NOT BE HELD IN CONTEMPT FOR HER FAILURE TO COMPLY WITH THIS COURT'S ORDER ENTERED AT DOCKET #28. |
| | (vCal Hearing ID (1373039)). (related document(s)[36] Order to Show Cause set for 08/18/2017 at 10:30 AM at U.S. Magistrate Courtroom, 123 N. San Francisco St., Flagstaff, AZ (FLG) (Vaughan, Rhonda) |
| 05/03/2017 | ORDER to Show Cause signed on 5/2/2017 (related document(s)[34] Application for Order to Show Cause) Order to Show Cause set for 5/19/2017 at 11:00 AM at U.S. Magistrate Courtroom, 123 N. San Francisco St., Flagstaff, AZ (FLG) . (Taylor, Erika) |
| 02/06/2017 | Motion to Compel filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD. (DAKE, TERRY) |
| | the trustee prays for the entry of an order directing Michelle Autumn Stevens to immediately turn over to the trustee the |
| | 2003 Harley Davidson motorcycle, VIN 1HD1BTY393Y0458141 |
| | which is in her possession. |
| 02/06/2017 | Notice of Hearing on Motion To Compel Turnover filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[23] Motion to Compel) Hearing on Motion set for 3/17/2017 at 11:00 AM at U.S. Magistrate Courtroom, 123 N. San Francisco St., Flagstaff, AZ (FLG).(DAKE, TERRY) |
| 11/14/2016 | REQUEST TO SET CLAIMS BAR DATE FILED - alj |
| 11/14/2016 | Trustee is administering Assets in Case |

| Initial Projected Date Of Final Report (TFR): | 04/05/2019 | Current Projected Date Of Final Report (TFR): | 04/05/2019 | /s/ LAWRENCE J. WARFIELD |
|---|---|---|---|---|
| | | | | LAWRENCE J. WARFIELD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-09961-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3732 | Checking Acct #: | ******4972 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/29/2016 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 4/1/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2017 | (5) | Michelle A Stevens | Payment for Motorcycle | 1129-000 | $1,000.00 | | $1,000.00 |
| 06/01/2017 | (14) | United States Treasury | 2016 Fed tax refund | 1224-000 | $1,811.00 | | $2,811.00 |
| 06/14/2017 | 1001 | MARK STEVENS | Return of Debtors Pro Rata | 8500-002 | | $615.24 | $2,195.76 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.96 | $2,191.80 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.85 | $2,187.95 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.53 | $2,184.42 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.41 | $2,181.01 |
| 10/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.51 | $2,177.50 |
| 11/13/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $2,177.50 | $0.00 |
| | | | TOTALS: | | $2,811.00 | $2,811.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,177.50 | |
| | | | Subtotal | | $2,811.00 | $633.50 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,811.00 | $633.50 | |

| For the period of 8/29/2016 to 4/1/2019 | | For the entire history of the account between 05/30/2017 to 4/1/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,811.00 | Total Compensable Receipts: | $2,811.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,811.00 | Total Comp/Non Comp Receipts: | $2,811.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $18.26 | Total Compensable Disbursements: | $18.26 |
| Total Non-Compensable Disbursements: | $615.24 | Total Non-Compensable Disbursements: | $615.24 |
| Total Comp/Non Comp Disbursements: | $633.50 | Total Comp/Non Comp Disbursements: | $633.50 |
| Total Internal/Transfer Disbursements: | $2,177.50 | Total Internal/Transfer Disbursements: | $2,177.50 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 16-09961-PCT DPC | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | STEVENS, MARK DANIEL | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***3732 | | **Checking Acct #:** | ******9961 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 8/29/2016 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 4/1/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/13/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $2,177.50 | | $2,177.50 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.87 | $2,175.63 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.23 | $2,172.40 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.22 | $2,169.18 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.91 | $2,166.27 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.21 | $2,163.06 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.11 | $2,159.95 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.20 | $2,156.75 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.10 | $2,153.65 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.20 | $2,150.45 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.51 | $2,149.94 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.51) | $2,150.45 |
| 08/07/2018 | (15) | OneAZ Credit Union | Garnishment of Charlene Neish | 1249-000 | $2,188.46 | | $4,338.91 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $75.93 | $4,262.98 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($75.93) | $4,338.91 |
| 09/06/2018 | (4) | Michelle Steven | | 1129-000 | $3,000.00 | | $7,338.91 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.45 | $7,332.46 |
| 09/25/2018 | (15) | Charlene | Payment from Charlene | 1249-000 | $580.77 | | $7,913.23 |
| 03/04/2019 | 5001 | CLERK, US BANKRUPTCY COURT | Amount Allowed: 350.00; Distribution Dividend: 100.00; Amount Claimed: 350.00; Claim #: ; | 2700-000 | | $350.00 | $7,563.23 |
| 03/04/2019 | 5002 | Lawrence J. Warfield | Trustee Expenses | 2200-000 | | $148.41 | $7,414.82 |
| 03/04/2019 | 5003 | Lawrence J. Warfield | Trustee Compensation | 2100-000 | | $1,546.50 | $5,868.32 |
| 03/04/2019 | 5004 | TERRY A DAKE | Amount Allowed: 222.00; Distribution Dividend: 100.00; Amount Claimed: 222.00; Claim #: ; | 3220-000 | | $222.00 | $5,646.32 |
| 03/04/2019 | 5005 | TERRY A DAKE | Amount Allowed: 8,190.00; Distribution Dividend: 68.94; Amount Claimed: 8,190.00; Claim #: ; | 3210-000 | | $5,646.32 | $0.00 |
| 03/18/2019 | 5002 | STOP PAYMENT: Lawrence J. Warfield | Trustee Expenses | 2200-004 | | ($148.41) | $148.41 |
| 03/18/2019 | 5003 | STOP PAYMENT: Lawrence J. Warfield | Trustee Compensation | 2100-004 | | ($1,546.50) | $1,694.91 |
| | | | | **SUBTOTALS** | **$7,946.73** | **$4,705.32** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-09961-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3732 | Checking Acct #: | ******9961 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/29/2016 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 4/1/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2019 | 5006 | Lawrence J. Warfield | Trustee Expenses | 2200-000 | | $148.41 | $1,546.50 |
| 03/20/2019 | 5007 | Lawrence J. Warfield | Trustee Compensation | 2100-000 | | $1,546.50 | $0.00 |
| | | | TOTALS: | | $7,946.73 | $7,946.73 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,177.50 | $0.00 | |
| | | | Subtotal | | $5,769.23 | $7,946.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,769.23 | $7,946.73 | |

| For the period of 8/29/2016 to 4/1/2019 | | For the entire history of the account between 11/13/2017 to 4/1/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,769.23 | Total Compensable Receipts: | $5,769.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,769.23 | Total Comp/Non Comp Receipts: | $5,769.23 |
| Total Internal/Transfer Receipts: | $2,177.50 | Total Internal/Transfer Receipts: | $2,177.50 |
| | | | |
| Total Compensable Disbursements: | $7,946.73 | Total Compensable Disbursements: | $7,946.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,946.73 | Total Comp/Non Comp Disbursements: | $7,946.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 16-09961-PCT DPC | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | STEVENS, MARK DANIEL | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3732 | | Checking Acct #: | ******9961 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/29/2016 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 4/1/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,580.23 | $8,580.23 | $0.00 |

| For the period of 8/29/2016 to 4/1/2019 | | For the entire history of the case between 08/29/2016 to 4/1/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,580.23 | Total Compensable Receipts: | $8,580.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,580.23 | Total Comp/Non Comp Receipts: | $8,580.23 |
| Total Internal/Transfer Receipts: | $2,177.50 | Total Internal/Transfer Receipts: | $2,177.50 |
| | | | |
| Total Compensable Disbursements: | $7,964.99 | Total Compensable Disbursements: | $7,964.99 |
| Total Non-Compensable Disbursements: | $615.24 | Total Non-Compensable Disbursements: | $615.24 |
| Total Comp/Non Comp Disbursements: | $8,580.23 | Total Comp/Non Comp Disbursements: | $8,580.23 |
| Total Internal/Transfer Disbursements: | $2,177.50 | Total Internal/Transfer Disbursements: | $2,177.50 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD